IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BANK OF AMERICA, N.A.,

                Plaintiff,                ORDER

v.

                                    10-cv-10-wmc

DAWN R. MARTINSON, UNKNOWN
SPOUSE OF DAWN R. MARTINSON,
UNKNOWN TENANTS, ADVANTAGE
EMPLOYMENT SERVICES LLC, REX
A. MAGNUSON, and DONNA R. STABS,

                Defendants.

---

The court having been advised that the principal defendant Dawn R. Martinson has filed a bankruptcy petition on January 6, 2013, and the subject property

ORDER

IT IS ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of bankruptcy proceedings where all issues have not been rendered fully dispositive.

IT IS FURTHER ORDERED that any order to reopen shall place this case at the head of the docket for immediate judicial attention.

Entered this 7th day of January, 2013.

                                    BY THE COURT:

                                    William M. Conley
                                    District Judge