United States District Court for the Western
District of Wisconsin

Case Number 10 CV 10

_____

| | | |
|---|---|---|
| **Bank of America, NA ,** | ) | |
| Plaintiff, | ) | **NOTICE OF APPEAL** |
| | ) | |
| -vs- | ) | |
| | ) | |
| **Dawn R. Martinson,** | ) | |
| **UNKNOWN SPOUSE OF DAWN** | ) | |
| **R MARTINSON,** a/k/a **Carl Green,** | ) | |
| Unknown Tenants, Advantage | ) | |
| Employment Services LLC, | ) | |
| Rex A. Magnuson, and Donna R | ) | |
| Stabs**.** | ) | |
| Defendants. | ) | |

_____

Notice is hereby given that Dawn R. Martinson and Carl Green, defendants in the above named
case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final
judgment entered in this action on the 13th of November, 2013.



_/s/Briane F. Pagel Jr._
Briane F. Pagel, Jr.
Wis. State Bar No: 1025514


2901 W. Beltline Highway, Suite 301
Madison, WI 53713
(608) 258-8555/fax: 258-8299
bpagel@ks-lawfirm.com